194 P.3d 394

**STATE of Arizona**

v.

**Mayra Isabel BARRAZA.**

**No. CR–08–0047–PR.**

Supreme Court of Arizona.

Sept. 23, 2008.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

194 P.3d 394

**STATE ex rel THOMAS**

v.

**Hon. Duncan/Wayne PRINCE.**

**No. CV–08–0126–PR.**

Supreme Court of Arizona.

Sept. 23, 2008.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice HURWITZ did not participate in the determination of this matter.